No. 257, Misc. KYLE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Robert Satter* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 259, Misc. FINLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General White, Harold H. Greene* and *D. Robert Owen* for the United States.

No. 260, Misc. MASSENGALE *v.* McMANN, ACTING WARDEN. Appellate Division of the Supreme Court of New York, Third Judicial Department. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Joseph J. Rose,* Assistant Attorney General, for respondent.

No. 261, Misc. FORSYTHE *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 263, Misc. BUNNER *v.* ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 264, Misc. ELMORE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 276, Misc. SOLOMON *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 291, Misc. PALMA *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.